**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 19, 2008 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreters: | Marcela Salazar and |
| Court Reporter/ECR: | Therese Lindblom | | Cathy Bahr |

Criminal Case No. **07-cr-00275-WYD**                Counsel:

UNITED STATES OF AMERICA,                James R. Boma

      Plaintiff,

v.

| | |
|---|---|
| **1. SAMUEL OROZCO;** | *Fugitive* |
| ***2. JUVENAL RAMIREZ-BIRRUETA;** | Thomas E. Goodreid for Ronald Gainor |
| **3. RAFAEL RAMIREZ-BIRRUETA;** | William L. Taylor |
| **4. RAMON MENDOZA-SANDOVAL;** | *Fugitive* |
| **5. SEBASTIAN DE LOS SANTOS-HERNANDEZ;** | *Fugitive* |
| **7. ANA NEMENCIO OROZCO;** | Lisa F. Moses |
| **8. BEATRIZ MUNOZ-CARRILLO;** | Peter R. Bornstein |
| **9. LUZ ELENA RODRIGUEZ-CARRILLO;** | Thomas E. Goodreid |
| **10. JESUS DORNTES-FEREGRINO;** | *Fugitive* |
| ***11. JOSE MARTINEZ;** | Thomas F. Mulvahill |
| **12. TAD ASA DAVIS;** | Robert L. Bernhardt |
| **14. ADRIAN ALLEN ROMERO;** | Scott Jurdem |
| ***15. EVARISTO OROSCO;** | Harvey A. Steinberg |
| ***16. MARTHA OROSCO;** | Dana M. Casper for Richard N. Stuckey |
| **18. BEATRIZ ADRIANA MERCADO-MACIAS;** | *Fugitive* |
| **19. ALEJANDRO DE LOS SANTOS-ORTIZ;** | *Fugitive* |
| **21. JULIANA MONICA ATENCIO;** | Dana M. Casper for Thomas R. Ward |
| **23. CYNTHIA OROSCO**, | Dana M. Casper |

      Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

| | |
|---|---|
| **9:14 a.m.** | Court in Session - Defendants **2. Juvenal Ramirez-Birueta and 11. Jose Martinez** present (in-custody) and defendants **7. Ana Nemencio Orozco, 12. Tad Asa Davis, 15. Evaristo Orosco, 16. Martha Orosco, and 21. Juliana Monica Atencio** (on-bond) |

APPEARANCES OF COUNSEL.

**9:18 a.m.**  Interpreters sworn (Spanish)

Court's opening remarks.

**9:19 a.m.**  Discussion regarding the status of the case, the suppression order, and current plea negotiations.

**9:24 a.m.**  Discussion and argument by counsel regarding issues related to pending motions and briefing schedule for the filing of additional motions.

**ORDERED:** Defendant Beatriz Munoz-Carrillo's Amended Motion for Discovery (#583 - 5/9/08) is **DENIED AS MOOT.**

**ORDERED:** Defendant Beatriz Munoz-Carrillo's Motion for Disclosure of 404(b) Evidence (#584 - 5/9/08) is **DENIED AS MOOT.**

**ORDERED:** Defendant Adrian Romero's Motion for Severance (#335 - 1/22/08), which was re-asserted in the Defendant Romero's Status Report [doc. #1011], filed December 12, 2008, is **DEFERRED.**

**ORDERED:** Defendants shall file any additional motions and any supplements to previously filed motions not later than **Monday, January 12, 2009.**

**ORDERED:** Government shall respond to any motions not later than **Monday, February 2, 2009.**

**ORDERED:** Defendants shall file any replies not later than **Friday, February 13, 2009.**

**ORDERED:** A one-day hearing on pending motions is set for **Monday, March 16, 2009, at 9:00 a.m., in courtroom A-1002.**

| | |
|---|---|
| 10:11 a.m. | Discussion regarding James Proffer. |
| 10:12 a.m. | Richard N. Stuckey enters the courtroom. |
| **ORDERED:** | Government shall file a revised James proffer not later than **Friday, January 16, 2009.** |
| **ORDERED:** | Defendants shall respond to revised James proffer not later than **Friday, January 30, 2009.** |
| **ORDERED:** | Defendants **2. Juvenal Ramirez-Birrueta and 11. Jose Martinez** are **REMANDED** into the custody of the U.S. Marshal. |
| **ORDERED:** | Bond is **CONTINUED** as to Defendants **7. Ana Nemencio Orozco, 12. Tad Asa Davis, 14. Adrian Allen Romero, 15. Evaristo Orosco, 16. Martha Orosco, and 21. Juliana Monica Atencio.** |
| **10:19 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:   1:05**

*\* - Interpreters are required for Defendants 2. Juvenal Ramirez-Birrueta, 11. Jose Martinez, 15. Evaristo Orosco, and 16. Martha Orosco.*