**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | May 7, 2009 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreters: | Adriana Weisz and |
| Court Reporter/ECR: | Therese Lindblom | | Tatiana Contreras |

Criminal Case No.  **07-cr-00275-WYD**                Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

      Plaintiff,

v.

| | |
|---|---|
| **1. SAMUEL OROZCO;** | *Fugitive* |
| **3. RAFAEL RAMIREZ-BIRRUETA;** | William L. Taylor |
| **4. RAMON MENDOZA-SANDOVAL;** | *Fugitive* |
| **5. SEBASTIAN DE LOS SANTOS-HERNANDEZ;** | *Fugitive* |
| **7. ANA NEMECIA OROZCO;** | Lisa F. Moses |
| **8. BEATRIZ MUNOZ-CARRILLO;** | Peter R. Bornstein |
| ***9. LUZ ELENA RODRIGUEZ-CARRILLO;** | Thomas E. Goodreid |
| **10. JESUS DORNTES-FEREGRINO;** | *Fugitive* |
| ***11. JOSE MARTINEZ;** | Thomas F. Mulvahill |
| **14. ADRIAN ALLEN ROMERO;** | Scott Jurdem |
| ***15. EVARISTO OROSCO;** | Harvey A. Steinberg |
| ***16. MARTHA OROSCO;** | Richard N. Stuckey |
| **18. BEATRIZ ADRIANA MERCADO-MACIAS;** | *Fugitive* |
| **19. ALEJANDRO DE LOS SANTOS-ORTIZ;** | *Fugitive* |
| **21. JULIANA MONICA ATENCIO;** | Thomas R. Ward |
| **23. CYNTHIA OROSCO**, | Dana M. Casper |

      Defendants.

**COURTROOM MINUTES**

**CONTINUATION OF HEARING ON PENDING MOTIONS (continued from March 16, 2009)**

| | |
|---|---|
| **9:20 a.m.** | Court in Session - Defendants **11. Jose Martinez** present (in-custody) and defendants **2. Cynthia Orosco; 3. Rafael Ramirez-Birrueta; 7. Ana Nemecia Orozco; 8. Beatriz Munoz-Carrillo; 14. Adrian Allen Romero; 15. Evaristo Orosco; 16. Martha Orosco** (on-bond).  Defendants **8. Beatriz Munoz-Carrillo; 21. Juliana Monica Atencio; and 23. Cynthia Orosco** are not present |

APPEARANCES OF COUNSEL.

Court's opening remarks.

**ORDERED:** Defendant Adrian Allen Romero's Amended Motion for Sanctions for Grand Jury Abuse [doc. #1053], filed January 13, 2009, is **DENIED IN PART and DEFERRED IN PART.**

**ORDERED:** Defendant Rafael Ramirez-Birrueta's Motion to Dismiss, to Join Co-Defendants Motion for Sanctions for Grand Jury Abuse (Doc. #1025), and for Disclosure of Grand Jury Colloquy [doc. #1047], filed January 12, 2009 is **DENIED IN PART and DEFERRED IN PART.**

9:26 a.m.    Interpreters sworn (Spanish)

Defendants' Motion to Continue, Status Report, and Motion for Sanctions [doc. #934], filed October 29, 2008, is raised for argument.

9:27 a.m.    Argument by Defendant Ana Nemencia Orozco (Ms. Moses).

9:33 a.m.    Argument by Defendant Evaristo Orosco (Mr. Steinberg).

9:37 a.m.    Argument by Defendant Ana Nemencia Orozco (Ms. Moses).

9:38 a.m.    Argument by Defendant Martha Orosco (Mr. Stuckey).

9:42 a.m.    Argument by Government (Mr. Boma).

**ORDERED:** Defendants' Motion to Continue, Status Report, and Motion for Sanctions [doc. #934], filed October 29, 2008, is **DENIED.**

                Defendant Evaristo Orosco's Motion for Return of Property [doc. #953], filed November 7, 2008; Defendant Beatriz Munoz-Carrillo's Motion for Return of Property [doc. #1017], filed December 16, 2008; and Defendant Ana Nemecia Orozco's Motion for Return of Property [doc. #1045], filed January 12, 2009, are raised for argument.

| | |
|---|---|
| 9:50 a.m. | Argument by Defendant Ana Nemecia Orozco (Ms. Moses). |
| 9:52 a.m. | Argument by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein). |
| 9:54 a.m. | Argument by Defendant Cynthia Orosco (Ms. Casper). |
| 9:56 a.m. | Argument by Government (Mr. Boma). |
| 10:07 a.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 10:10 a.m. | Argument by Defendant Ana Nemecia Orozco (Ms. Moses). |
| 10:16 a.m. | Argument by Defendant Cynthia Orosco (Ms. Casper). |
| 10:19 am.. | Argument by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein). |
| 10:27 a.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Counsel shall meet and confer regarding the return of property during the break. |
| **10:35 a.m.** | Court in Recess |
| **11:05 a.m.** | Court in Session |
| 11:05 a.m. | Argument by Government (Mr. Boma). |
| 11:13 a.m. | Argument by Defendant Evaristo Orosco (Mr. Steinberg). |
| 11:16 a.m. | Argument by Defendant Ana Nemecia Orozco (Ms. Moses). |
| 11:17 a.m. | Argument by Defendant Cynthia Orosco (Ms. Casper). |
| 11:18 a.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Defendant Evaristo Orosco's Motion for Return of Property [doc. #953], filed November 7, 2008, is **TAKEN UNDER ADVISEMENT.** |

| | |
|---|---|
| **ORDERED:** | Defendant Beatriz Munoz-Carrillo's Motion for Return of Property [doc. #1017], filed December 16, 2008, is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Defendant Ana Nemecia Orozco's Motion for Return of Property [doc. #1045], filed January 12, 2009, is **TAKEN UNDER ADVISEMENT.** |
| | Government's Further Reply in Support of Motion for Defendants to Provide Handwriting Exemplars [doc. #1138], filed March 20, 2009, is raised for argument. |
| 11:24 a.m. | Argument by Government (Mr. Boma). |
| 11:25 a.m. | Argument by Defendant Beatriz Munoz-Carrillo (Mr. Bornstein). |
| 11:32 a.m. | Argument by Government (Mr. Boma). |
| **ORDERED:** | Government's Further Reply in Support of Motion for Defendants to Provide Handwriting Exemplars [doc. #1138], filed March 20, 2009, is **GRANTED.** |
| **ORDERED:** | Government will be allowed to retain the services of Kent E. Prose to conduct handwriting exemplars. |
| **ORDERED:** | Government shall file its pleading addressing taint issues not later than **Friday, June 12, 2009.** |
| **ORDERED:** | Government shall file an amended James Proffer not later than **Friday, June 5, 2009.** |
| **ORDERED:** | Defendant shall respond to Government's Amended James Proffer not later than **Monday, July 13, 2009.** |
| **ORDERED:** | A one day hearing on Government's Amended James Proffer and pending issues is set for **Friday, August 14, 2009, at 9:00 a.m., in courtroom A-1002.** |
| **ORDERED:** | Defendant **11. Jose Martinez** is **REMANDED** into the custody of the U.S. Marshal. |
| **ORDERED:** | Bond **CONTINUED** as to defendants **2. Cynthia Orosco; 3. Rafael Ramirez-Birrueta; 7. Ana Nemecia Orozco; 8. Beatriz Munoz-Carrillo; 14. Adrian Allen Romero; 15. Evaristo Orosco; 16. Martha Orosco, and 21. Juliana Monica Atencio**. |

**11:54 a.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   2:04**

*\* - Interpreters are required for Defendants 9. Luz Elena Rodriguez-Carrilo, 11. Jose Martinez, 15. Evaristo Orosco, and 16. Martha Orosco.*