IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  07-cr-00275-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      SAMUEL OROZCO, et al.

      Defendants.

---

**ORDER**

---

THIS MATTER came before the Court during a continued hearing on May 7, 2009 on the "Government's Further Reply in Support of Motion for Defendants to Provide Handwriting Exemplars" [doc. #1138], filed March 20, 2009.  In the "Further Reply," the government requests an Order modifying Part V of the Standing Discovery Orders previously entered in this matter and which may be entered in the future.  The Court having considered the "Further Reply," the responses thereto, and the arguments advanced at the May 7, 2009 hearing, it is hereby

ORDERED that the stay of the enforcement of my Order of March 19, 2009 requiring Defendants to provide the government with handwriting exemplars is **LIFTED**.  It is

FURTHER ORDERED that the "Government's Further Reply in Support of Motion for Defendants to Provide Handwriting Exemplars" [doc. #1138], filed March 20,

2009, is **GRANTED**.  Part V of the Discovery Orders entered in this case and those that may enter in the future in the event that fugitive defendants are apprehended shall be modified as follows, and the United States Magistrate Judges so advised as to any defendants arrested in this matter on or after the date of this Order:

. . .

### V.  DISCOVERY ORDER

(A)   Effect of Report

The responses by the parties set forth in this Report shall have the effect of a binding discovery order.  All requests for discovery will be considered continuing requests, and any discoverable information and/or material coming into the possession or knowledge of either party prior to or during the trial shall be made available to the opposing party promptly, consistent with the law and on an ongoing basis.

(B)   Disclosure by the Government

Unless otherwise specified in this Discovery Order, the government on or before **Friday, August 14, 2009**, shall disclose those materials that are on that date within the possession of the attorney for the government and are subject to disclosure under the provisions of Rule 16.  If additional material subject to the disclosure obligations of Rule 16 come into the possession of the attorney for the government, the attorney for the government shall promptly disclose the material to the defendant.  The attorney for the government shall exercise due diligence as expressly required by provisions of Rule 16 to fulfill his or her discovery obligations under the provisions of Rule 16.

Written summaries of any testimony that the government intends to use under Rules 702, 703 or 705, Fed. R. Crim. P. 16(a)(1)(G) shall be provided on such schedule as the District Court shall determine upon motion by either party.

(C)     <u>Disclosure by the Defendant</u>

Unless otherwise specified in this Discovery Hearing Report, the defendant shall disclose its Rule 16 discovery material to counsel for the government on or before **Friday, October 16, 2009**.

(D)     Any motion alleging a failure to comply with the time limits set forth in this report and order must be filed promptly.

(E)     Any additional pretrial motions shall be filed on or before **Friday, September 18, 2009**.

. . .

With the exception of the modification to Part V of the Discovery Orders issued in this case, the balance of such Orders remain in full force and effect.

Dated: May 15, 2009

                                                      BY THE COURT:

                                                      s/ Wiley Y. Daniel
                                                      WILEY Y. DANIEL
                                                      CHIEF UNITED STATES DISTRICT JUDGE